## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID OGLETREE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )    Case No. 6:15-cv-01354-EFM |
| BAYVIEW LOAN SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING EXTENSION OF TIME TO JOIN
## ADDITIONAL PARTIES OR AMEND PLEADINGS

On this 12th day of May, 2016, this matter comes before the Court on the parties' joint request for leave for an extension of 60 days of the deadline by which the parties must file any motion seeking leave to join additional parties or to amend the pleadings. This extension applies only to issues of potentially adding the noteholder or of filing a mortgage foreclosure claim. Having fully considered this matter, the Court hereby GRANTS the request.

IT IS HEREBY ORDERED that the deadline by which the parties must file motions for leave to join additional parties or amend the pleadings is hereby extended 60 days to and including July 12, 2016.

Dated: May 12, 2016            s/ James P. O'Hara
                                       U.S. MAGISTRATE JUDGE